# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

David Louis Costella    Plaintiff,

vs.

Kenneth Clark and Director of California DOC

Defendant.

CASE NO. C08-1010 PJH (PR)

PRISONER'S
**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, __David Louis Costella__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA PAUPERIS, Case No._____    - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _COMUNICATION, AND POWER INDUSTRIES - MARCH 2003_
4  _4,800.00 GROSS  3,006.00 NET PER MONTH_
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or               Yes ___ No ✓
9            self employment
10      b.   Income from stocks, bonds,            Yes ___ No ✓
11           or royalties?
12      c.   Rent payments?                        Yes ___ No ✓
13      d.   Pensions, annuities, or               Yes ___ No ✓
14           life insurance payments?
15      e.   Federal or State welfare payments,    Yes ___ No ✓
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                          Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____                - 3 -

1  _____

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                Yes ___  No ✓

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13  /-25-08                          [signature]

14  _____

15     DATE                          SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____        - 4 -

CSP/SP AT CORCORAN
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 13, 2008

ACCT: T92212   ACCT NAME: COSTELLA, DAVID LOUIS   ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/29/05                    CASE NUMBER: MCR206985
COUNTY CODE: MCCL                           FINE AMOUNT: $ 13,200.00

| DATE | CODE | DESCRIPTION | TRANS. AMT | BALANCE |
|---|---|---|---|---|
| 11/21/07 | DR30 | REST DED-CASH DEPOSIT | 50.00 | 9,884.52 |
| 12/14/07 | DR30 | REST DED-CASH DEPOSIT | 50.00 | 9,834.52 |
| 12/14/07 | DR30 | REST DED-CASH DEPOSIT | 100.00 | 9,554.35 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 105.04 | 515.00 | 574.28 | 45.76 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE

45.76

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  FEB 1 3 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___ Jordan
TRUST OFFICE

```
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                      STATE SP AT CORCORAN
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD  JUL. 01, 2007 THRU FEB. 14, 2008

ACCOUNT NUMBER   T86118            BED/CELL NUMBER  FB5FL000000142L
ACCOUNT NAME     COSTELLO, DANIEL LOUIS       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

        TRAN
DATE   CODE  DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS  WITHDRAWALS  BALANCE

7/01/2007    BEGINNING BALANCE                                                104.65

7/09  FC05  DRAW-FAC 1      4352-FAC-E                              15.31     89.34
          [illegible]
08/30*0030  CASH DEPOSIT    1176/MB          45.00                            69.34
09/04*0030  CASH DEPOSIT    1204/1/0         45.00                           114.34
10/07  FC05  DRAW-FAC 1     4329-FAC-E                              21.80     92.54
10/09  FC05  DRAW-FAC 1     4553-FAC-E                              64.00      9.34
10/19*0030  CASH DEPOSIT    2208/MP          45.00                            54.34
11/07  FC05  DRAW-FAC 1     4543-FAC-E                              21.30     33.04
11/23*0040  CASH DEPOSIT    2272/MP-R        45.00                            78.04
12/06  FC05  DRAW-FAC 1     5098-FAC-E                              42.45     35.59
12/11  W544  COPY CHARGE    2195 42170                               1.00     34.59
2/14*0030  CASH DEPOSIT     5175/MP          45.00                            79.59
2/14*0040  CASH DEPOSIT     5244/MP          90.00                           169.59
     ACTIVITY FOR 2008
1/09  FC05  DRAW-FAC 1      5523-FAC-E                             104.00     65.59
1/22  W534  MEDICAL CHARGE  5807 MEDIC                               5.00     60.59
2/08  FC05  DRAW-FAC 1      4864-FAC-E                              12.49     48.74


                    * RESTITUTION ACCOUNT ACTIVITY

DATE ENTERED: 04/18/04                        CASE NUMBER: VCC246903
COUNTY CODE: VCC                              FINE AMOUNT: $ 11,200.00

DATE       TRAN.      TRANSACTION              BLAH  MP        BALANCE

7/01/2007    BEGINNING BALANCE                                      9,804.52

7/30/07  9930   REST DED-CASH DEPOSIT           60.00             9,844.52
9/04/07  0830   REST DED-CASH DEPOSIT           60.00             9,784.52
10/19/07 0830   REST DED-CASH DEPOSIT           30.00             9,754.52
```