**PETER F. GOLDSCHEIDER**
**Attorney at Law**
438 Cambridge Avenue Suite 25
Palo Alto, CA 94306
650-323-8296
State Bar Number 53617



FILED
08 MAR 10 PM 1:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LOUIS COSTELLA )
)
    Petitioner, ) No. C 08-1010 PJH (PR)
)
-vs- )
) NOTICE OF APPEARANCE OF
KENNETH CLARK, Warden, and ) COUNSEL
CALIFORNIA DIRECTOR OF )
CORRECTIONS et. al )
)
    Defendant. )

**TO THE CLERK OF THE DISTRICT COURT:**

Notice is hereby given that the undersigned hereby appears as counsel of record in the above entitled matter in place of petitioner David Louis Costella, following the issuance of an Order to Show Cause and the filing of petitioner's informa pauperis application, not available at the time of the filing of the Petition for Writ of Habeas Corpus.

Dated 3/8/08

Respectfully Submitted

_____
Peter F. Goldscheider

# PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am a resident of the County of San Mateo County and over the age of eighteen years. I am not a party to the within action. My business address is: 438 Cambridge Avenue Ste. 250, Palo Alto, California 94306.

On the date referenced below, I served the within:

## NOTICE OF APPEARANCE OF COUNSEL

on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Postal Service mailbox at Palo Alto, California, addressed as follows:

**Office of the Attorney General**
**State of California**
**455, Golden Gate, Suite 11000**
**San Francisco CA 94102**

I declare under penalty of perjury that the foregoing is true and correct as executed in Palo Alto, California.

Dated: March 8, 2008

Peter F. Goldscheider