UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOUIS COSTELLA,<br><br>　　　　Petitioner<br><br>　　vs.<br><br>KENNETH CLARK, Warden, and CALIFORNIA DIRECTOR OF CORRECTIONS AND REHABILITATION<br><br>　　　　Respondent.<br>_____/ | No. C 08-1010 PJH<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |

　　This is a habeas case originally filed pro se by a state prisoner; however, petitioner has since retained counsel. In view of petitioner's income and prisoner trust account balance, his motion for leave to proceed in forma pauperis is **DENIED**. Petitioner shall pay the five-dollar filing fee within thirty days of the date this order is entered or this case will be dismissed. *See* Fed. R.Civ.P. 41(b).

　　**IT IS SO ORDERED.**

Dated: April 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge