1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   | **DAVID LOUIS COSTELLA,** | C 08-1010 PJH (PR) |
   |---|---|
   | Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |
   | v. | |
   | **KENNETH CLARK, Warden, and CALIFORNIA DIRECTOR OF CORRECTIONS AND REHABILITATION,** | |
   | Respondent. | |

21
        For the reasons stated in the accompanying declaration of counsel, respondent hereby
22
   requests a 60-day extension of time until July 1, 2008, in which to file the answer to the petition
23
   for writ of habeas corpus in this case.  As explained in the declaration, counsel is unable to meet
24
   the current deadline due to work on previously assigned cases and personal responsibilities.
25
   Petitioner's counsel has been contacted and has no objection to this application for extension of
26
   time.
27

28

App. for Ext. of Time        Costella v. Kenneth Clark, Warden, and California Director of Corrections and Rehabilitation
                                                                                              C 08-1010 PJH (PR)
                                           1

1  WHEREFORE, respondent respectfully requests this Court to grant an extension of
time to and including July 1, 2008.

Dated: April 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

40246651.wpd
SF2008400795

App. for Ext. of Time   Costella v. Kenneth Clark, Warden, and California Director of Corrections and Rehabilitation
C 08-1010 PJH (PR)

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID LOUIS COSTELLA,** | C 08-1010 PJH (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **KENNETH CLARK, Warden, and CALIFORNIA DIRECTOR OF CORRECTIONS AND REHABILITATION,** | |
| Respondent. | |

I, JILL M. THAYER, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am presently assigned to represent respondent in this habeas corpus action.

Petitioner is a state prisoner who is serving a sentence of eighteen years based on a jury conviction for resident child molestation and lewd and lascivious acts with a child under fourteen.  By an Order to Show Cause issued on March 3, 2008, this Court ordered respondent to file an answer on or before May 2, 2008.  I am unable to meet the current deadline for filing the

answer because of my work on previously assigned cases. In the past 30 days, I have filed a petition for rehearing in the California Court of Appeal and two replies to oppositions to motions to dismiss in federal court. I was also out of the office in Minnesota to help make arrangements for the care of my mother, who is in declining health.

I contacted petitioner's counsel, Peter F. Goldscheider, who stated that he has no objection to this request for an extension of time.

I have obtained the state appellate record in the present case.

Wherefore, I respectfully request that this Court grant respondent an additional 60 days, to and including July 1, 2008, to file an answer in this case.

Executed at San Francisco, California, on April 28, 2008.

                                                /s/ Jill M. Thayer  
                                                JILL M. THAYER  
                                                Deputy Attorney General

40246652.wpd  
SF2008400795

Dec. of Counsel in Support of App. for Ext. of Time          Costella v. Kenneth Clark, Warden, et al.  
                                                                                                   C 08-1010 PJH (PR)

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID LOUIS COSTELLA,** | C 08-1010 PJH (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **KENNETH CLARK, Warden, and CALIFORNIA DIRECTOR OF CORRECTIONS AND REHABILITATION,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 1, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: _____    _____
                                          The Honorable Phyllis J. Hamilton