1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| **DAVID LOUIS COSTELLA,** | C 08-1010 PJH (PR) |
| --- | --- |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **KENNETH CLARK, Warden, and CALIFORNIA DIRECTOR OF CORRECTIONS AND REHABILITATION,** | |
| Respondent. | |

18          GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

19  July 1, 2008, to file an answer to the petition for writ of habeas corpus.  Petitioner may file a

20  traverse within 30 days of his receipt of the answer.

21

22

    Dated:   May 9, 2008  _____

23                                                    The Ho_____

24

25                                            IT IS SO ORDERED

                                              Judge Phyllis J. Hamilton

26

27

28

[Proposed] Order          Costella v. Kenneth Clark, Warden, and California Director of Corrections and Rehabilitation
                                                                          Case No. C 08-1010 PJH (PR)