UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LOUIS COSTELLA,

    Petitioner,

    v.

KENNETH CLARK, Warden,

    Respondent.
_____/

No. C 08-1010 PJH

**ORDER FOR BRIEFING RE: MOTION TO DISMISS**

On February 20, 2008, David Costella, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is respondent's June 17, 2008 motion to dismiss Costella's petition on the grounds that it is untimely. Costella is hereby ORDERED to file and serve a response to respondent's motion to dismiss with twenty-one days of the date of this order. Respondent's reply, if any, is due no later than fourteen days after service of Costella's response.

**IT IS SO ORDERED.**

Dated: June 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge