**PETER F. GOLDSCHEIDER**
    Attorney at Law
438 Cambridge Avenue Suite 250
Palo Alto, CA 94306
650-323-8296
State Bar Number 53617

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LOUIS COSTELLA** ) | |
| ) | |
|     Petitioner, ) | No. C 08-1010 PJH (PR) |
| ) | |
|     -vs- ) | |
| ) | APPLICATION FOR EXTENSION OF TIME |
| **KENNETH CLARK, Warden, and** ) | TO FILE RESPONSE TO MOTION TO DISMISS |
| **CALIFORNIA DIRECTOR OF** ) | |
| **CORRECTIONS et. al** ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

    For the reasons specified in the accompanying declaration of counsel, petitioner hereby requests a 45 day extension of time until August 1, 2008, by which to file his response to the motion to dismiss filed by respondent in this action. As explained therein, the undersigned is unable to meet the court's current schedule due to other deadlines previously imposed, and other reasons.

    WHEREFORE, petitioner, respectfully requests this Court grant an extension of time to and including September 1, 2008.

Dated

                                                           Respectfully Submitted

                                                           _____
                                                          Peter F. Goldscheider