**PETER F. GOLDSCHEIDER**
    Attorney at Law
438 Cambridge Avenue Suite 250
Palo Alto, CA 94306
650-323-8296
State Bar Number 53617

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOUIS COSTELLA ) <br> ) <br>     Petitioner, ) <br> ) <br> -vs- ) <br> ) <br> KENNETH CLARK, Warden, and ) <br> CALIFORNIA DIRECTOR OF ) <br> CORRECTIONS et. al ) <br> ) <br>     Defendant. ) <br> _____) | No. C 08-1010 PJH (PR) <br><br> DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS |

    I, Peter F. Goldscheider, hereby declare as follows:

    I am the attorney for petitioner in the above entitled action.

    Following the filing of a motion to dismiss in this matter, this court issued a briefing schedule requiring that petitioner's response be filed on or before July 18, 2008. I am unable to meet the current schedule for a number of reasons set forth below.

    At the time of the filing of the motion to dismiss, I had just resolved a special circumstance homicide trial in state court in the matter of *People v. Naranjo* SC 62255, after several weeks of pretrial motions and jury selection. Immediately upon the conclusion of that matter it has been necessary to meet previously imposed deadlines and file the Appellant's Opening Brief in the state appeal of *People v. Veliz* which was due on July 12, 2008, after having been granted several extensions of time in that matter. I am currently in the process of preparing a Petition for Review in the California Supreme Court in the case of *People v. Moelk*

which is due on or before July 23, 2008, following a decision of the state Court of Appeal on June 13. No extensions of time may be obtained in such a matter pursuant to the rule of the Supreme Court. I am presently also preparing briefs in the matters of *Godlife Muhammad* No. 07-10605 and *Flores v. Adams* 07- 15342 in the Ninth Circuit which are due shortly.

Further, it will be necessary in the opposition to the motion to dismiss in this matter to obtain one or more declarations including one from petitioner who is incarcerated in the California state prison system. I have already prepared a draft for his review and I am currently revising it for his signature based on a written communication I have received from him. That final declaration will likely not be available for several more weeks. In addition, I am currently in the process of preparing a memorandum of law that I need additional time to prepare.

Finally, I was away from the office on a pre-planned holiday between July 2 and July 8, 2008 and was unable to attend to my professional obligations including this case during that time.

Wherefore, the undersigned counsel for petitioner, respectfully requests this Court grant an extension of 45 days so that petitioner's opposition may be filed on or before September 1, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated

_____
Peter F. Goldscheider