1  **PETER F. GOLDSCHEIDER**
       **Attorney at Law**
2  438 Cambridge Avenue Suite 250
   Palo Alto, CA 94306
3  650-323-8296
   State Bar Number 53617
4

5
                    IN THE UNITED STATES  DISTRICT COURT
6
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8

9  **DAVID LOUIS COSTELLA**            )
                                        )
10         Petitioner,                  )  No.  C 08-1010 PJH (PR)
                                        )
11      -vs-                            ) [PROPOSED] ORDER
                                        )
12  **KENNETH CLARK, Warden, and**      )
    **CALIFORNIA DIRECTOR OF**          )
13  **CORRECTIONS et. al**              )
                                        )
14         Defendant.                   )
15  _____)

16
       GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until
17
   September 1, 2008 to file his response to the motion to dismiss in this matter. Responsent's
18
   reply, if any is due no later than fourteen days after service of petitioner's response.
19
       **IT IS SO ORDERED.**
20
   Dated
21

22
                                          _____
                                             PHYLLIS J. HAMILTON
23                                        United States District Court Judge