**PETER F. GOLDSCHEIDER**
    Attorney at Law
438 Cambridge Avenue Suite 250
Palo Alto, CA 94306
650-323-8296
State Bar Number 53617

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LOUIS COSTELLA** )<br>)<br>    Petitioner, )<br>)<br>    -vs- )<br>)<br>**KENNETH CLARK, Warden, and**<br>**CALIFORNIA DIRECTOR OF**<br>**CORRECTIONS et. al** )<br>)<br>    Defendant. )<br>_____) | No. C 08-1010 PJH (PR)<br><br>[~~PROPOSED~~] ORDER |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 1, 2008 to file his response to the motion to dismiss in this matter. Responsent's reply, if any is due no later than fourteen days after service of petitioner's response.

    **IT IS SO ORDERED.**

Dated   7/21/08

                  _____
                  PHYLLIS J. HAMILTON
                  United States District Judge

