<div align="center">

**PETER F. GOLDSCHEIDER**
Attorney At Law
438 Cambridge Avenue, Suite 250, Palo Alto, CA 94306

</div>

P.O. Box 60550                                                                              Telephone :(650) 323-8296
PALO ALTO, CALIFORNIA 94306                                                  Fax No: (650) 529-9266

December 24, 2007

David Costello
T-86218
E5-142 CSATF
P.O. Box 5242
Corcoran, CA 93212

Re:     Petition for Writ of Habeas Corpus

Dear David:

Enclosed please find an in forma pauperis application and a copy of the form habeas petition that we will be filing shortly along with my custom memorandum of facts and law which will be a federalized but shortened (not by much though) version of our last habeas petition in state court.

Please fill out the application, sign it and have the prison office certify the amount in your account attaching your account balance. I am assuming that the balance would qualify you for in forma pauperis status. Even though your folks have retained me, the advantage of this status is that if there are court costs along the way, we may be able to get them waived.

Also please sign and return the form application which has you personally attest to the allegations I will describe in detail.

We should be filing by late January if everything remains on schedule.

<div style="margin-left: 50%;">

Sincerely yours,


Peter F. Goldscheider

</div>

PFG:bm
Enclosure

<div style="text-align:center">

**PETER F. GOLDSCHEIDER**
Attorney At Law
438 Cambridge Avenue, Suite 250, Palo Alto, CA 94306

</div>

P.O. Box 60550 　　　　　　　　　　　　　　　　　　　　　　　　Telephone :(650) 323-8296
PALO ALTO, CALIFORNIA 94306 　　　　　　　　　　　　　　　　Fax No: (650) 529-9266

December 24, 2007

David Costello
T-86218
E5-142 CSATF
P.O. Box 5242
Corcoran, CA 93212

Re:   Petition for Writ of Habeas Corpus

Dear David:

Enclosed please find an in forma pauperis application and a copy of the form habeas petition that we will be filing shortly along with my custom memorandum of facts and law which will be a federalized but shortened (not by much though) version of our last habeas petition in state court.

Please fill out the application, sign it and have the prison office certify the amount in your account attaching your account balance. I am assuming that the balance would qualify you for in forma pauperis status. Even though your folks have retained me, the advantage of this status is that if there are court costs along the way, we may be able to get them waived.

Also please sign and return the form application which has you personally attest to the allegations I will describe in detail.

We should be filing by late January if everything remains on schedule.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,


　　　　　　　　　　　　　　　　　　　　　　　Peter F. Goldscheider

PFG:bm
Enclosure

To: Peter Goldscheider, Attorney at Law

From: Susan Vaughan, Court Reporter
Santa Clara County Superior Court

Date: August 20, 2006

Re: Availability of Transcript in People vs. Costella
Writ of Habeas Corpus Proceeding, Dec. 23, 2005 (Vol. 2, pp. 328-410)

---

I reported that proceeding (only Vol. 2, 12/23/05). I have been asked by Mr. Goldscheider's office to provide information regarding when this transcript was available to them.

I was out of the courthouse on leave from 4/13/06 through 6/16/06. On approximately June 29 I received my portion of the payment for the transcript from the total payment which had been made earlier to the lead reporter in the case. I provided the transcript to Nick Lopez for Mr. Goldscheider on approximately July 12.

I think that delays and miscommunications related to my leave may have contributed to making it difficult or impossible for Mr. Goldscheider to obtain this transcript earlier than July 12.

*Susan Vaughan*
Susan Vaughan

CERTIFICATE OF OFFICIAL SHORTHAND REPORTER

State of California    )
                       )  ss.
County of Santa Clara  )

I, SUSAN VAUGHAN, hereby certify that I am a Certified Shorthand Reporter and that I recorded verbatim in stenographic writing the proceedings had FRIDAY, DECEMBER 23, 2005, in the matter of PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, vs. DAVID LOUIS COSTELLA, Defendant, Case No. CC249605, completely and correctly to the best of my ability; that I have caused said stenographic notes to be transcribed into typewriting, and the foregoing **PAGES 328 through 410** constitutes a complete and accurate transcript of said stenographic notes taken at the above-mentioned proceedings.

I further certify that I have complied with CCP 237(a)(2) in that all personal juror identifying information has been redacted, if applicable.

Dated: July 16, 2006

_____
Susan Vaughan, RPR, CSR No. 9673