**PETER F. GOLDSCHEIDER**
    Attorney at Law
438 Cambridge Avenue Suite 250
Palo Alto, CA 94306
650-323-8296
State Bar Number 53617

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LOUIS COSTELLA** | ) |
| Petitioner, | ) No. C 08-1010 PJH (PR) |
| -vs- | ) |
| | ) DECLARATION OF DAVID LOUIS COSTELLA |
| KENNETH CLARK, Warden, and CALIFORNIA DIRECTOR OF CORRECTIONS et. al | ) |
| Defendant. | ) |
| _____ | ) |

**DECLARATION OF DAVID LOUIS COSTELLA IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**

I, David Costella hereby declare:

I am the petitioner in this action. I am currently incarcerated at Corcoran State Prison and am submitting this declaration at the request, Peter F. Goldscheider.

With regard to the timing of the filing of my petition for writ of habeas corpus in this court, I received a letter from Mr. Goldscheider dated December 24, 2007 sometime in early January, enclosing an in forma pauperis application and the form habeas petition. He asked me to sign and return the habeas form to him and to return the in forma pauperis application along with a statement of my prison account as soon as I could receive it. It was always my assumption, and Mr. Goldscheider so informed me in his letter of December 24, that he

intended to file the petition by late January, 2008. Thereafter, on December 31, I immediately dated and signed the form habeas application and sent it off to Mr. Goldscheider.

Initially, I did not understand what the in forma pauperis application was and how if affected my case. I also did not understand that the in forma pauperis application was not only part and parcel of the habeas filing but also that it needed to be filed at the same time as the petition itself. Soon after I received that document from Mr. Goldscheider, the inmates at our facility were "locked down", for reasons unrelated to anything I had done. As a result, I did not have an opportunity to call Mr. Goldscheider or communicate with him through my friends in family and have him explain these matters.

When the lockdown was over, I learned through a friend with whom I spoke by phone when I could that Mr. Goldscheider had informed him that if the District Court were to issue an order to show cause, there was a possibility that one side or the other might request that the court order depositions or the subpoenaing of documents, which, without in forma pauperis status being granted could have resulted in our having to pay for the costs of such proceedings. Although my father had initially retained Mr. Goldscheider to handle my direct appeal and state habeas, he is retired and not a man of means. I have no other family to support me financially in any way and I am totally indigent as a result of my incarceration. I feared that merely because I was petitioning through a private attorney that the court would assume that my father, who is also in declining health, could afford the costs of potential discovery proceedings. In the alternative, I was also concerned that the limited funds that I have on my prison account could be attached for such costs. As a result filing the in forma pauperis application became very important to me

Based on information I had received during the course of my incarceration, I had been lead to believe that I could obtain the prison account documentation within a couple days. This was based upon the prison store's ability to fill orders within a week, a process which included determining the balance of my account. As a result of all of the foregoing, on January 17, I was finally able to write the prison Trust Account office requesting the account statement, now

attached to my In Forma Pauperis application. When I received no immediate response, I made several inquiries after that date, including submitting a written request for information to the trustee accountant.

On January 27, after I had received no response to the latter inquiry, to ensure timely receipt of this document. I also requested the assistance of my prison counselor in this regard. On February 3, 2008, I received the form back from him dated February 1, indicating that my request needed to be made through the prison litigation office. (See attached Exhibit A) On that date, I immediately made the same request for this documentation to the Litigation Department informing them of an impending deadline. They received that request on February 5, 2008. (See attached Exhibit B)

I received no response for almost three weeks until finally on February 21, 2008, I was called in to see my counselor who had received the statement I had requested. It had been processed apparently much earlier according to the stamp on the accounting but not delivered to me until that date. In my presence, my counselor put it, along with the application, in an envelope, that was addressed to Mr. Goldscheider. He informed me that he would mail it out that night, although I have no personal information as to how long my counselor had my accounting prior to contacting me or exactly when he mailed it to Mr. Goldscheider.

I declare under penalty of perjury that the foregoing is true and correct as executed in Corcoran, California.

Dated: August 21, 2008

_____/s/_____
David Costella

3

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 1-27-08 | A. BERNAL | COSTELLA | T86218 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| E5 | 1420 | OFFICE SERVICES | 515 | 7-28-07 | PRESENT |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) — ASSIGNMENT HOURS FROM 0700 TO 1530

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

PER INSTRUCTION FROM MY ATTORNEY - COULD YOU PLEASE SEND ME A CERTIFIED COPY OF MY TRUST ACCOUNT FOR THE LAST SIX MONTHS SO I CAN SEND IT TO MY ATTORNEY FOR PAPERS TO BE FILED.

THANK YOU, A. Costella

INTERVIEWED BY: K. Smith

Do NOT write below this line. If more space is required, write on back.

**DISPOSITION**

You need to request a copy of your Trust Account to the Litigations Department.

DATE 2/1/08

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

COPY

DEPARTMENT OF CORRECTION

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 2-3-08 | LITIGATIONS DEPT. | COSTELLA | T86218 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| ES | 142 U | OFFICE SERVICES | SIS |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

FROM MON TO THURS
ASSIGNMENT HOURS
FROM 0700 TO 1530

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

PLEASE SEND A SIX MONTH CERTIFIED COPY OF MY TRUST ACCOUNT FOR "MY "IN FORMA" PAUPERIS" APPLICATION. DEADLINE APPROACHING - (COUNSLER - A. BERNAL)

THANK YOU D. Costella

INTERVIEWED BY
DISPOSITION
2008 FEB -7 AM 8:55
DATE

Rec'd WLC 2/5/08 PSO acc