UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LOUIS COSTELLA,

    Petitioner,

    v.

KENNETH CLARK, Warden,

    Respondent.

_____/

No. C 08-1010 PJH

**ORDER FOR BRIEFING RE:
MOTION TO EXPAND RECORD,
FOR DISCOVERY AND/OR
FOR AN EVIDENTIARY HEARING**

On February 20, 2008, David Costella, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In addition to the traverse filed by Costella on June 10, 2009, Costella also filed a motion for expansion of the record, for discovery, and for an evidentiary hearing, to which respondent has not had the opportunity to respond. Respondent is hereby ORDERED to file and serve a response to Costella's motion within twenty-one days of the date of this order. Costella's reply, if any, is due no later than fourteen days after service of the response.

**IT IS SO ORDERED.**

Dated: August 6, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge