UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LOUIS COSTELLA,

    Petitioner,

    v.

KENNETH CLARK, Warden,

    Respondent.
_____/

No. C 08-1010 PJH

**JUDGMENT**

Pursuant to the order denying Costella's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 18, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge